IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CARRIAN BUCHANON, Administratrix of the
Estate of MILDRED LUCILLE EVANS, Deceased,                                    PLAINTIFF

vs.                                                                CAUSE NO. 3:03CV302-WS

NATIONAL HERITAGE REALTY, INC.;MARINER
POST-ACUTE NETWORK, INC.; EVERGREEN
HEALTHCARE, INC.; and GRANCARE, INC.                                        DEFENDANTS.

## ORDER PERMITTING LIMITED DISCLOSURE OF RECORDS

It appearing that disclosure of certain records of Whitfield State Hospital involving Mildred Lucille Evans is required for the best interest of this litigation:

IT IS HEREBY ORDERED that Whitfield State Hospital is hereby authorized to give evidence in a certain cause pending in the Circuit Court of the Second Judicial District of Bolivar County, Mississippi, Cause No.: 2004-0089, styled *the "Carrian Buchanon, Administratrix of the Estate of Mildred Lucille Evans, Deceased, vs. National Heritage Realty, Inc.; Mariner Post-Acute Network, Inc.; Evergreen Healthcare, Inc.; and Grancare, Inc.; In the United States District Court for the Southern District of Mississippi, Jackson Division; Cause No.* 3:03CV302-WS," pursuant to the request that had been served on said entity directing any and all records for Mildred Lucille Evans be produced. A copy of said request is attached hereto as Exhibit "A."

ORDERED this the 20th day of June, 2006.

                                              s/ HENRY T. WINGATE
                                              _____
                                              CHIEF UNITED STATES DISTRICT  JUDGE

-2-

**Prepared By:**
David M. Eaton (MSB 100219)
Wilkins, Stephens & Tipton, P.A.
One LeFleur's Square
P. O. Box 13429
Jackson, MS 39236-3429
(601) 366-4343
(601) 981-7608 (fax)
    *Attorneys for Defendants*


Civil Action No. 3:03-cv-302 WS
Order Permitting Limited Disclosure of Records